# EXHIBIT B

*The undersigned Employer (Hillstar Promotions U.S.A. Ltd.) and I.U.P.A.T. District Council #4 agree to be bound by this Collective Bargaining Agreement Dated January 1, 2023 through and including December 31, 2025*

Hillstar Promotions Ltd.
_____
Name of Employer/Contractor

_____       President
Employer Signature                              Title

William C. Hillerton                          1/19/23
Print Name                                         Date

1594 South Park Av. Buffalo NY       14220
Address            City              State        Zip

(716) 827-7999                        (___)_____
Phone                                   Fax

16-1460388
_____
Federal Tax I.D. Number

ShelterPoint                          D 381363
Worker's Compensation Ins. Co         Worker's Comp. Ins. Policy No.

7/23/23
_____
Expiration date of Worker's Comp. Policy

Painters District Council #4

_____
Signature

BUSINESS MANAGER
_____
Title

1-19-2023
_____
Date

25