# EXHIBIT E

International Painters and Allied Trades **Industry Pension Fund**

OFFICE OF FUND ADMINISTRATOR
7234 PARKWAY DRIVE • HANOVER, MD 21076

PHONE 410 | 564 | 5500
FAX 866 | 656 | 4160

TOLL FREE 800 | 554 | 2479
pension@iupat.org

Effective February 1, 2023

## Modifications to the Collection Procedures
## for the International Union of Painters and Allied Trades Pension Fund

Liquidated Damages: Liquidated damages shall be assessed at 10% of the monthly contribution delinquency or any unpaid portion thereof. Once a delinquency is referred to Legal Counsel, liquidated damages shall be assessed at 20% of the contribution delinquency.

Upon approval by the Chief Legal Officer and the Fund Administrator, liquidated damages shall not apply to a late payment due to untimely monthly billing, or billing to wrong address, unless the late payment is due to the failure of the Contributing Employer to advise the Pension Funds' Administrator of a change in billing address.

Waivers of Liquidated Damages:

- Administrative Waivers: Upon written request from a Contributing Employer, one month in rolling (not calendar) twelve months per Contributing Employer may be automatically waived by Pension Funds' Administrator. Interest must be paid prior to approval of the waiver.

   No administrative waiver will be available if the Contributing Employer has outstanding delinquencies, or has had a waiver within the preceding twelve months.

   Where multiple months of liquidated damages are assessed, any waiver granted shall apply to earliest delinquent month. The waiver shall apply to that month only.

- Waiver Requests (prior to or subsequent to referral to Legal Counsel): Multiple months of liquidated damages may be waived at the discretion of the Chief Legal Officer and Fund Administrator, based on prudence in resolving litigation, the specific circumstances surrounding a delinquency, or any other basis that is determined to be in the best interest of the Pension Fund.

Interest.   Interest at the rate of 10% per annum will be assessed on contributions only (and not on liquidated damages) received late or remaining unpaid after the due/delinquency date. Interest shall accrue from the delinquency date until paid.

Attorneys' Fees and Costs: Payment of attorneys' fees and costs shall be billed to the Contributing Employer on referral to Legal Counsel as follows:

- If a matter is referred to Legal Counsel, and resolved after one contact with the Contributing Employer (verbally or by written demand) and/or within ten (10) days of Legal Counsel's initial contact, no attorneys' fees and/or costs will be billed to the Employer.

- If a referred matter is not resolved within 10 days after the initial demand, the Contributing Employer shall pay all attorneys' fees and costs incurred thereafter through resolution.

- If Legal Counsel is required to pursue the Contributing Employer further, or to take any action to obtain payment or reports, including but not limited to reviewing certified payroll, contacting general contractors, providing releases, joint check agreements or status letters, or if a lawsuit is filed against the Contributing Employer for unpaid contributions or missing contribution reports, the Contributing Employer shall pay all attorneys' fees and costs incurred. This shall also apply to legal fees and costs incurred by the Contributing Employer's failure to comply with a requested payroll inspection and/or the failure to pay the amounts found due as a result of a payroll inspection.

- The Chief Legal Officer and Fund Administrator shall have discretion to waive attorneys' fees and costs incurred if said waiver is in the best interest of the Pension Fund, circumstances warrant, and/or good cause exists.

Estimated Contributions: Unreported contributions, where the Contributing Employer fails or refuses to submit a missing contribution report(s), shall be estimated based on the last report submitted, on the average of the last three (3) months reported, or on the average of the last three (3) months, whichever is greater.

Allocation of Payments: Payments received for or on behalf of a delinquent Contributing Employer shall be applied to the earliest contribution delinquency on the Contributing Employer's account, including amounts found due as a result of a payroll inspection, regardless of the month / time period for which payment is allegedly being made. Once all contributions on the Contributing Employer's account are paid in full, payments are to be applied back to the earliest delinquency in the following order: interest, attorneys' fees/costs, audit costs, and then liquidated damages.