## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

Purchased/Filed:

Index #   1:26-cv-00724-LJV

---

*International Union of Painters & Allied Trades, District Council No. 4, et al*     Plaintiff

against

*Hillstar Promotions, Ltd. and William Hilliker*     Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ April 20, 2026 _____ , at __11:00 AM__ , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Supporting Papers

on

_____ Hillstar Promotions, Ltd. _____ , the

Defendant in this action, by delivering to and leaving with _____ Consuelo Aguilera _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: 51 - 65 Yrs.   Approx. Wt: 131-160   Approx. Ht: 5' 4" - 5' 8"
Color of skin: White   Hair color: Brown   Sex: Female   Other: _____

Sworn to before me on this

20th   day of April 2026

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2026

James Perone

Attny's File No.

Invoice•Work Order # S1940974

*SERVICO. INC. P.O. BOX 871. ALBANY. NY 12201*