# UNITED STATES DISTRICT COURT

for the
Western District of New York

**INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES, DISTRICT COUNCIL NO. 4, GREGG SMITH, PAUL CANNING, MIKE GUTIERREZ, MARK KOMAROMI, CHARLIE MEADOWS, RON KNIESS, RYAN ANDERSON, KEITH COSTANZO, CLARK ANDERSON, BRAD PINCHOT, PENNY MCDONALD, PAUL MORALES, JOE CLABBERS, and TOM CARNEY, as Trustees of the International Painters and Allied Trades Industry Pension Fund**

*Plaintiff*

v.

**HILLSTAR PROMOTIONS, LTD., and WILLIAM HILLIKER**

*Defendant*

)
)
)
)
)
)
)
)
)

Civil Action No. 26-cv-724

## AFFIDAVIT OF SERVICE

Joseph Jeziorowski, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on May 13, 2026, at 7:24 pm at 1594 S Park Ave, Buffalo, NY 14220-1232, Deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBIT(S), with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: William Hilliker (hereinafter referred to as "subject") by posting the documents at the dwelling place or usual abode of William Hilliker. I mailed a copy of the documents via First Class Mail to 1594 S Park Ave, Buffalo, NY 14220-1232 on May 14, 2026 (See ExhibitsM1a, M1b).

Photograph: See Exhibit 1

Total Cost: $358.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Joseph Jeziorowski*

Executed in

_____Erie County_____,

Signature
Server Name: Joseph Jeziorowski

____NY_____ on ____5/14/2026_____.

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Below are my previous attempts at serving William Hilliker:

Date / Time: April 21, 2026 12:32 pm
Address: 4400 Manor Ln, Hamburg, NY 14075-1117
Geolocation: https://google.com/maps?q=42.7654755142,-78.7974233675
Description: No contact was made at the service address. Observed no relevant details during this attempt.
No additional contacts were made.

Date / Time: April 27, 2026 6:06 pm
Address: 4400 Manor Ln, Hamburg, NY 14075-1117
Geolocation: https://google.com/maps?q=42.7653686328,-78.7976198209
Description: No contact was made at the service address. Observed that the property appears to be vacant. A neighbor stated that the subject does not reside at this address. neighbor at 4406 confirmed defendant moved 3 weeks ago and property is vacant

Date / Time: April 29, 2026 10:34 am
Address: 1594 S Park Ave, Buffalo, NY 14220-1232
Geolocation: https://google.com/maps?q=42.8551163986,-78.8272844882
Description: I spoke with the office manager/administrator. They stated that they are not authorized to accept service on behalf of the business. Observed no relevant details during this attempt. He said he doesn't know who defendant is. Said this is a business and no personal business can be done on this property and asked me to get off the property. I left. No additional contacts were made.

Date / Time: May 5, 2026 4:34 pm
Address: 25 Imson St, Buffalo, NY 14210-1615
Geolocation: https://google.com/maps?q=42.8693491152,-78.8338076019
Description: I spoke with neighbor at 51. He said the building is vacant. They stated that building is vacant. Observed the business location appears to be vacant. No additional contacts were made.

Date / Time: May 7, 2026 2:37 pm
Address: 1594 S Park Ave, Buffalo, NY 14220-1232
Geolocation: https://google.com/maps?q=42.8551160554,-78.8271479538
Description: I spoke with an employee. They stated that they are not authorized to accept service on behalf of the business. Observed no relevant details during this attempt. No additional contacts were made.

Date / Time: May 12, 2026 11:28 am
Address: 1594 S Park Ave, Buffalo, NY 14220-1232

Geolocation: https://google.com/maps?q=42.8550911612,-78.8272138173

Description: No contact was made at the service address. Observed no relevant details during this attempt. No additional contacts were made.

Exhibit 1a)



# Mailing 1 - Service Evidence

**Exhibit M1a - Mailing Photo**



**Exhibit M1b - Mailing Photo**

